# Exhibit A

Relevant Portions of Collective Bargaining Agreement Between Elk Grove
Unified School District and Elk Grove Education Association
(July 1, 2022–June 30, 2024)

# COLLECTIVE BARGAINING CONTRACT

July 1, 2022 – June 30, 2024

## ELK GROVE UNIFIED SCHOOL DISTRICT

### BOARD OF EDUCATION

Beth Albiani
Nancy Chaires Espinoza
Carmine S. Forcina
Gina Jamerson
Michael Vargas
Anthony ("Tony") Perez
Sean J. Yang

### ADMINISTRATION

Christopher R. Hoffman

## ELK GROVE EDUCATION ASSOCIATION

### OFFICERS

James Sutter, President
Maggie Ellis, Lead Association Director
Scott Scidmohr, Lead Association Director
Allison Bliss, Vice President

**EGEA**

# TABLE OF CONTENTS

**ARTICLE 1** ..................................................................................................................................1

AGREEMENT ....................................................................................................................1

**ARTICLE 2** ..................................................................................................................................2

RECOGNITION ..................................................................................................................2

**ARTICLE 3** ..................................................................................................................................3

NEGOTIATIONS PROCEDURES ..............................................................................................3

    3.1    Negotiation Procedures ....................................................................................3

    3.2    Items to be Negotiated Annually (Including Calendars) ............................3

    3.3    Policy Development and Review......................................................................4

**ARTICLE 4** ..................................................................................................................................5

ASSOCIATION/UNIT MEMBER RIGHTS ..................................................................................5

    4.1    Association Rights................................................................................................5

    4.2    Unit Member Rights ...........................................................................................6

    4.3    Nondiscrimination..............................................................................................6

    4.4    Academic Freedom ..........................................................................................6

    4.5    Civil and Legal Rights.......................................................................................7

**ARTICLE 5** ..................................................................................................................................8

DISTRICT RIGHTS ...............................................................................................................8

**ARTICLE 6** ................................................................................................................................11

DUES AND PAYROLL DEDUCTIONS ....................................................................................11

    6.1    Group Insurance Deductions.........................................................................11

    6.2    Organizational Security .................................................................................11

**ARTICLE 7** ................................................................................................................................13

GRIEVANCE PROCEDURE.................................................................................................13

    7.1    Definitions ..........................................................................................................13

    7.2    Timelines............................................................................................................13

    7.3    Informal Level....................................................................................................13

    7.4    Formal Level—Step 1 (Building Level) .........................................................14

    7.5    Formal Level—Step 2 (District Level) ............................................................14

    7.6    Formal Level—Step 3 (Arbitration)...............................................................14

    7.7    General Provisions ...........................................................................................15

**ARTICLE 8** ................................................................................................................................17

HOURS/JOB DESCRIPTION ...............................................................................................17

    8.1    General Responsibilities ..................................................................................17

    8.2    Instructional Responsibilities ..........................................................................18

    8.3    Planning Responsibilities .................................................................................20

    8.4    Curriculum Assessment and Development Responsibilities .......................20

| | | |
|---|---|---|
| 8.5 | Non-Instructional Responsibilities | 21 |
| NURSES | | 21 |
| 8.6 | Work Day | 21 |
| 8.7 | Planning Responsibilities | 22 |
| 8.8 | Health Maintenance Responsibilities | 22 |
| 8.9 | Non-Nursing Responsibilities | 23 |
| LIBRARY MEDIA TEACHER | | 23 |
| 8.10 | Definition | 23 |
| 8.11 | Qualifications | 23 |
| 8.12 | Instructional Responsibilities | 24 |
| 8.13 | Program Responsibilities | 24 |
| 8.14 | Technical Responsibility | 25 |
| SCHOOL COUNSELOR | | 25 |
| 8.15 | Philosophy | 25 |
| 8.16 | Educational Duties | 26 |
| 8.17 | High School Counselor | 26 |
| 8.18 | Career Counselor | 26 |
| 8.19 | School Related Counseling | 26 |
| 8.20 | Supervisory | 27 |
| 8.21 | Program Development | 27 |
| HEAD COUNSELOR | | 27 |
| 8.22 | Brief Description of Position | 27 |
| 8.23 | Major Duties and Responsibilities | 27 |
| 8.24 | Head Counselor | 28 |
| 8.25 | Selection | 28 |
| POST SECONDARY/FINANCIAL AIDE COUNSELOR | | 28 |
| CAREER GUIDANCE COUNSELOR | | 29 |
| 8.29 | Philosophy | 29 |
| 8.30 | Duties | 29 |
| SPEECH-LANGUAGE PATHOLOGIST (SLP) | | 30 |
| 8.31 | Work Day | 30 |
| 8.32 | Duties and Responsibilities | 30 |
| **ARTICLE 9** | | **33** |
| CALENDAR | | 33 |
| **ARTICLE 10** | | **34** |
| WORKING CONDITIONS | | 34 |
| 10.1 | Physical Environment | 34 |
| 10.2 | Safety | 34 |
| 10.3 | Preparation Time | 34 |
| 10.4 | Facilities | 35 |
| 10.5 | Clerical and Bookkeeping Activities | 35 |
| 10.6 | School Budget Development | 35 |
| 10.7 | Severely Handicapped Students | 35 |

**ARTICLE 11** ...................................................................................................................... 36

TRANSFER AND REASSIGNMENT ............................................................................................ 36

    *11.1*    *Definitions* ................................................................................................ 36

    *11.2*    *Voluntary Transfers* ................................................................................ 36

    *11.3*    *Downsizing Due to Staff Reduction* ........................................................ 38

    *11.4*    *Involuntary Transfers Due to Administrative Necessity* ........................... 40

    *11.5*    *Transfers—Staffing a New School Pilot for 2022/2023* ........................... 40

    *11.6*    *Reassignment* .......................................................................................... 41

    *11.7*    *Schools Transitioning to Year Round Calendar* ....................................... 42

**ARTICLE 12** ...................................................................................................................... 43

PERSONNEL RECORDS ........................................................................................................... 43

    *12.1*    *Content* ................................................................................................... 43

    *12.2*    *Access* .................................................................................................... 43

    *12.3*    *Retired Employees* .................................................................................. 44

**ARTICLE 13** ...................................................................................................................... 45

CERTIFICATED PERSONNEL EVALUATION .............................................................................. 45

    *13.1*    *Purpose* .................................................................................................. 45

    *13.2*    *Criteria* .................................................................................................. 45

    *13.3*    *Procedure* ............................................................................................... 45

    *13.4*    *Scope* ..................................................................................................... 46

    *13.5*    *Grievance* ............................................................................................... 47

**ARTICLE 14** ...................................................................................................................... 48

HIRING RATIO ....................................................................................................................... 48

    *14.1*    *K-6 Hiring Ratio* ..................................................................................... 48

    *14.2*    *Hiring Ratio* ........................................................................................... 48

    *14.3*    *Safety and Learning Variables* ............................................................... 48

**ARTICLE 15** ...................................................................................................................... 49

TEACHER SAFETY .................................................................................................................. 49

**ARTICLE 16** ...................................................................................................................... 50

COMPLAINTS ......................................................................................................................... 50

    *16.1*    *Purpose* .................................................................................................. 50

    *16.2*    *Complaints About Materials* .................................................................... 50

    *16.3*    *Complaints About Personnel* ................................................................... 51

**ARTICLE 17** ...................................................................................................................... 53

RESIGNATION/RETIREMENT ................................................................................................... 53

    *17.1*    *Resignation* ............................................................................................ 53

    *17.2*    *Early Retirement* .................................................................................... 53

**ARTICLE 18** ...................................................................................................................... 55

LEAVES .................................................................................................................................. 55

    *18.1*    *Definitions* ............................................................................................. 55

18.2     General Provisions ........................................................................................ 55
18.3     Sick Leave ..................................................................................................... 56
18.4     Extended Illness Leave.................................................................................. 57
18.5     Personal Necessity Leave ............................................................................. 57
18.6     Long Term Leave ........................................................................................... 58
18.7     Bereavement Leave ...................................................................................... 59
18.8     Imminence of Death Leave........................................................................... 59
18.9     Jury and Legal/Legislative Leave.................................................................. 59
18.10    Industrial Accident and Illness Leave ........................................................... 59
18.11    Pregnancy Disability...................................................................................... 60
18.12    Parental Leave .............................................................................................. 61
18.13    Child Rearing Leave....................................................................................... 62
18.14    Family And Medical Leave ............................................................................ 62
18.15    Foreign Educational Employment Leave ...................................................... 67
18.16    Sabbatical Leave ........................................................................................... 67
18.17    Association Leave .......................................................................................... 67
18.18    Catastrophic Leave ....................................................................................... 68

**ARTICLE 19 ...................................................................................................... 71**

COMPENSATION............................................................................................................ 71
19.1     Compensation ............................................................................................... 71
19.2     Definitions ...................................................................................................... 71
19.3     Annual Rate of Pay ....................................................................................... 71
19.4     Daily Rate of Pay ........................................................................................... 73
19.5     Hourly Rate of Pay ......................................................................................... 73
19.6     Educational Advancement ............................................................................ 73
19.7     Experience Advancement Rules ................................................................... 75
19.8     Experience Placement—Entry ...................................................................... 75
19.9     Special Stipend Rules .................................................................................... 76
19.10    Pay Warrants ................................................................................................. 76
19.11    Travel Expenses............................................................................................. 76
19.12    Terms of Employment for Federal Projects ................................................... 76


**ARTICLE 20 ...................................................................................................... 78**

ADDITIONAL COMPENSATION........................................................................................ 78
20.1     Criteria ........................................................................................................... 78
20.2     Compensation................................................................................................ 78
20.3     Rating Scale ................................................................................................... 79

**ARTICLE 21 ...................................................................................................... 82**

DISTRICT SPONSORED HEALTH AND INSURANCE PROGRAMS ......................................... 82
21.1     General........................................................................................................... 82
21.2     Eligibility.......................................................................................................... 82
21.3     Enrollment....................................................................................................... 82
21.4     Coverage ....................................................................................................... 83
21.5     Cancellation and Refunds............................................................................. 83

21.6    *Tax-Shelter Annuities*................................................................................83
21.7    *Programs and Coverage* ...........................................................................84

**ARTICLE 22** .........................................................................................................**88**

MISCELLANEOUS...................................................................................................... 88
22.1    *Non-School Employment*............................................................................88
22.2    *Tutoring* ....................................................................................................88
22.3    *Conference Attendance* .............................................................................88
22.4    *Summer School Teachers* ...........................................................................89
22.5    *Reduction in Staff* .....................................................................................89
22.6    *Chest X-Ray or Intradermal Test*...............................................................90
22.7    *Peer Assistance and Review Program* .........................................................90
22.8    *Required Training*......................................................................................95
22.9    *Teacher-Administrator-Governing Board Relationships*..............................96
22.10   *Attainment of Goals*..................................................................................96
22.11   *Scope of Negotiations* ...............................................................................96
22.12   *Consultation*.............................................................................................96
22.13   *Mandated Physicals*...................................................................................97
22.14   *Shared Contracts* ......................................................................................97
*Renewal of Shared Contracts*........................................................................97
*Provisions of a Shared Contract* ...................................................................98
22.15   *Special Education (SPED)*..........................................................................98
22.16   *Health Services—Nurses*............................................................................99
22.17   *Technology* ...............................................................................................99
22.20   *Faculty Advisory Council (FAC—Pre-Kindergarten)*................................ 100
22.21   *Combination Classes – Elementary Teachers*............................................ 100


**ARTICLE 23** .......................................................................................................**101**

ADULT AND CONTINUING EDUCATION........................................................................ 101
23.3    *Agreement and Recognition*...................................................................... 101
23.4    *Definitions* .............................................................................................. 101
23.5    *Class Size*................................................................................................ 102
23.6    *Evaluation Procedure* .............................................................................. 102
23.7    *Leaves*..................................................................................................... 103
23.8    *Salaries*................................................................................................... 104
23.9    *Fringe Benefits* ........................................................................................ 105
23.10   *Workday and Work Year* .......................................................................... 105
23.11   *Layoff or Reduction of Unit Member for Lack of Funds* ........................... 106
23.12   *Staffing* .................................................................................................. 106
23.13   *Reassignment*.......................................................................................... 106
23.14   *Transfer*.................................................................................................. 106
23.15   *Release of Personnel for Unsatisfactory Performance*.............................. 107
23.16   *Leadership Team*...................................................................................... 107

**ADULT EDUCATION APPENDIX**................................................................................**108**
    *A.     SALARY*............................................................................................................*108*
    *B.     FRINGE BENEFITS*........................................................................................*108*
    *C.     EVALUATION FORMS*...................................................................................*108*

**ARTICLE 24** ...............................................................................................................**109**
  COMPLETION OF NEGOTIATIONS ................................................................................ 109

**ARTICLE 25** ...............................................................................................................**110**
  SAVINGS.................................................................................................................... 110

**ARTICLE 26** ...............................................................................................................**111**
  CONCERTED ACTIVITIES........................................................................................... 111

**ARTICLE 27** ...............................................................................................................**112**
  LIMITED TERM AGREEMENTS.................................................................................. 112

**ARTICLE 28** ...............................................................................................................**113**
  DURATION ................................................................................................................ 113

**APPENDIX A** ..............................................................................................................**114**
  GRIEVANCE FORM .................................................................................................... 114

**APPENDIX B** ..............................................................................................................**115**
  SALARY SCHEDULE .................................................................................................. 115

**APPENDIX C** ..............................................................................................................**116**
  ADJUNCT DUTY AND HOURLY SALARY SCHEDULE #17.......................................... 116

**APPENDIX D** ..............................................................................................................**117**
  SHARED CONTRACT APPLICATION ........................................................................... 117

**APPENDIX E** ..............................................................................................................**118**
  SHARED CONTRACT AGREEMENT ............................................................................ 118

**APPENDIX F** ..............................................................................................................**119**
  CERTIFICATED EVALUATION FORM ......................................................................... 119
    *Evaluation Written Response Form*.................................................................. 123

**APPENDIX G** ..............................................................................................................**124**
  HEALTH AND WELFARE BENEFITS ........................................................................... 124

**APPENDIX H** ..............................................................................................................**125**
  LIMITED TERM AGREEMENTS................................................................................... 125

# ARTICLE 1

## Agreement

1.1     The following contract has been developed and agreed to by the official designees of the Elk Grove Education Association and the Elk Grove Unified School District. The contract has been approved by the Elk Grove Unified School District Board of Trustees, and it becomes, therefore, the official description of the policies, rules and regulations, and supplementary procedures which shall govern the operation of the unit until or unless it is changed individually or collectively by subsequent negotiations and agreement.

1.2     This contract is entered into pursuant to Chapter 10.7, Sections 3540 3549 of the Government Code ("Act").

1.3     The policies and articles referred to herein, constitute binding agreements by and between the Governing Board of the Elk Grove Unified School District ("Board") and the Elk Grove Education Association, the legal representative of certificated employees, except those excluded as per Article 2, Recognition, of this contract.

1.4     The provisions of this contract shall not be interpreted or applied in a manner which is arbitrary, capricious, or discriminatory. Rules which are designed to implement agreements shall be uniform in application and effect.

2

# ARTICLE 2

## Recognition

2.1    The Board recognizes the Elk Grove Education Association as the exclusive representative of all certificated employees of the Elk Grove Unified School District including but not limited to Pre-Kindergarten teachers; excluding management, confidential, and supervisory employees as defined in the Act and certificated members of the Psychological Services and Child Welfare and Attendance staffs for the purposes of meeting and negotiating.