# Exhibit C

Elk Grove Education Association Bylaws

## ELK GROVE EDUCATION ASSOCIATION/CTA/NEA
# BYLAWS

**i.**   **NAME AND LOCATION**

The name of this Association shall be the Elk Grove Education Association (a.k.a. EGEA)/CTA/NEA in Sacramento County.

**II.**   **PURPOSES**

The primary purpose of this association shall be:

A.   To represent its members in their relations with their employer, and to seek to be the exclusive representative of appropriate units of school employees in all matters relating to employment conditions and employer-employee relations including, but not limited to, wages, hours, and other terms and conditions of employment;

B.   To form a representative body capable of developing group opinion on professional matters to speak with authority for members;

C.   To provide an opportunity for continuous study and action on problems of the profession to advocate and take action on all matters pertaining to public education;

D.   To promote cooperation and communication between education support professionals and certificated educators;

E.   To provide a means of representation for its ethnic-minority members;

F.   To promote professional attitudes and ethical conduct among members;

G.   To encourage cooperation and communication between the profession and the community; and

H.   To foster good fellowship among members.

**III.**   **AFFILIATION WITH CTA/NEA**

A.   The Elk Grove Education Association shall be a chartered chapter of the California Teachers Association (CTA).

B.   The Elk Grove Education Association shall be an affiliated local association of the National Education Association (NEA).

**IV.**   **MEMBERSHIP**

A.   The primary category of membership shall be Active members.

B.   Active membership shall be open to any person engaged in, or who is on a limited leave of absence from, non-administrative, non-supervisory, public education employment and is an employee of Elk Grove Unified School District.

C.   Membership shall be granted upon initiation of payroll deduction or upon payment of annual EGEA/CTA/NEA dues.

D. The right to vote and to hold elective office or appointive position within the Association shall be limited to Active members.

E. Members shall receive special services, obtain assistance in the protection of professional and civil rights, and receive reports and publications of the Association.

F. Active members shall adhere to *The Code of Ethics of the Education Profession*.

G. Members shall enjoy the same rights and privileges, regardless of age, gender identity, race, ethnicity, national origin and sexual orientation.

H. Any and all disciplinary matters shall include due process. Due process includes the right to select representation, to present evidence on their behalf, to confront and cross-examine their accuser and any other witnesses against them, and to examine and refute all evidence considered by the hearing panel, whether or not such evidence is presented at a hearing. All members have the right to appeal the decision of the hearing panel to the governing body.

I. The membership year shall be that period of time from September 1 of any given calendar year through August 31 of the following calendar year, inclusive.

## V. DUES AND ASSESSMENTS

A. The basic annual dues level for Active members shall be sufficient to cover the operation expenses of the Association, the dues of CTA, and the dues of NEA.

B. The Association's portion of the basic annual dues, shall be established by action of the Representative Council at the last regular meeting of the school year.

C. Membership shall be continuous after initial enrollment until delinquent or until a change in professional status makes the member ineligible for membership. If by October 31 of any calendar year a member has neither paid the established annual membership dues for the current membership year, nor made satisfactory arrangements for payment, then that person's membership shall be considered delinquent and the name dropped from the rolls.

## VI. POLICY-MAKING BODY

A. The policy-making body of the Association shall be a Representative Council, which is comprised of the Active members of the Association through whom power is derived and decision-making is accountable.

B. The Representative Council shall be composed of the following Active members:

1. Voting members of the Executive Board;

2. Representatives elected on the basis of one-person one-vote;

3. Active members of a chapter shall have the right to attend and observe official meetings of the Representative Council. Business shall be conducted by duly-elected Representatives or Seated Alternates.

4. Single Chapter Representative(s) – voting members

C.   The Representative Council shall:

    1.   Establish Association policies and objectives;

    2.   Adopt the annual budget of the Association on or before the first meeting of the school year;

    3.   Approve the establishment or discontinuance of *ad hoc* committees and/or task forces including the membership of those bodies as recommended by the Executive Board; and

    4.   Establish the dues of the Association.

D.   The Representative Council shall schedule meetings monthly during the school year.  The place and time of meetings shall be decided by the Executive Board.

E.   Special meetings of the Representative Council may be called by the President, the Executive Board, or by the petition of twenty percent (20%) of the Active membership.

F.   Special meetings of the Representative Council shall only be called for a specific purpose and only that business shall be considered.

G.   Notices and agendas for each meeting of the Representative Council shall be provided to all members of the Representative Council no less than two (2) days prior to the date of the meeting.

H.   For emergency meetings of the Representative Council during crisis situations, the Executive Board shall adopt procedures to notify representatives of meeting dates, places, and times.

I.   Representative Council meetings that are conducted electronically may be held if members may interact in the meeting. Members at all sites shall be able to be seen and heard by the entire Representative Council, allowing complete participation. A roll call attendance and subsequent votes shall be conducted by the Secretary or designee.

J.   A quorum for all meetings of the Representative Council shall consist of a majority of all elected members of the Representative Council.

## VII.   REPRESENTATIVES

A.   Representatives shall be elected by and from the Active membership for each faculty group. Such election shall be by open nominations and by secret ballot.

B.   Representatives shall serve a term of two (2) years.

C.   The term of office for the members of the Representative Council shall be July 1 through June 30.

D.   Each faculty, site or site unit shall be entitled to at least one representative and shall have one representative for each fifteen (15) Active members on the staff, or major fraction thereof.

E.   Active members who are not represented through an individual school group shall be counted as a special faculty group entitled to the same representation on the Representative Council as individual school faculty groups.

F.  Vacancies: Vacancies in the office of Representative for whatever cause shall be filled by properly elected replacements.

G.  Representatives shall:

1.  Conduct constant and ongoing liaison between the Representative Council and the Active members of the faculty/site unit;

2.  Serve as the official channel through which written communications and publications can be easily and quickly transmitted between the Association and the members;

3.  Represent the views and input of the Active membership in votes taken in the Representative Council, conducting frequent and regular polls of such membership for this purpose; and

4.  Perform such additional duties as prescribed by the Executive Board.

H.  A Representative shall not conduct an election in which they are a candidate.

## VIII.  OFFICERS

A.  The officers of the Association shall be President, Vice President, and Secretary-Treasurer.

B.  These officers shall be members in good standing of their local, state, and national associations as a condition for nomination to and service in their respective positions during their terms of office.

C.  These officers shall be elected by and from the Active membership of the Association. Such election shall be by open nominations and secret ballot.

D.  Officers shall be elected for a term of two (2) years, commencing on July 1st of any calendar year.

E.  A vacancy shall exist in the case of death, resignation, or inability to serve in any of the offices of the Association. If there is a vacancy occurring in the office of the President, the Vice-President shall assume the office.  In the event a vacancy occurs in the other offices, a special election shall be held to elect successors to fill the unexpired terms.

F.  The President shall be the chief executive officer of the Association and its policy advocate.

The President shall, subject to other provisions of these Bylaws:

1.  Preside at all meetings of the Association, the Representative Council and Executive Board;

2.  Prepare the agenda for the meetings of the Association, the Representative Council and the Executive Board;

3.  Be the official spokesperson for the Association;

4.  Adhere to the governance documents of the Association, CTA, and NEA;

5.  Appoint all chairpersons and members of all committees by the beginning of each school year;

6.   Appoint the chairperson and members of the Bargaining Team by the beginning of each school year;

7.   Call meetings of the Association, Representative Council and the Executive Board;

8.   Propose the procedures for grievance processing for ratification by the Executive Board and the Representative Council;

9.   Suggest policies, plans and activities for the Association and be held responsible for the progress and work of the Association;

10.  Attend meetings of the Service Center Council of which the Association is a part;

11.  Attend other CTA/NEA meetings as directed by the Representative Council; and

12.  Order the payment of funds as necessary. *(as outlined in the CTA Treasurer's Handbook).*

G.   The Vice-President shall:

1.   Serve as assistant to the President in all duties of the President;

2.   Assume the duties of the President in the absence of the President;

3.   Be responsible for the formation and distribution of the Association's calendar of activities; and

4.   Serve as coordinator of committee activities at the direction of the President.

H.   The Secretary-Treasurer shall:

1.   Maintain a careful and accurate record of the proceedings of each meeting, regular or special, of the Association, Representative Council, and the Executive Board;

2.   Be responsible for the distribution of minutes, notice of meetings, and agendas for all meetings to members of the Representative Council and Executive Board; and to the membership when appropriate;

3.   Keep an accurate roster of the membership of the Association and of all committees; and

4.   Carry on the correspondence pertaining to the affairs of the Association as directed by the President.

5.   Receive all funds belonging to the Association and be responsible for their safekeeping and accounting;

6.   Pay out such funds upon orders of the President; *(as outlined in the CTA Treasurer's Handbook)*

7.   Provide a written financial report for each regular meeting of the Representative Council and Executive Board;

8.   Be responsible for an annual audit of the books of the Association and distributing a summary of this audit to the membership; and

9.   Be responsible for submitting membership and financial reports to CTA, NEA, and other agencies as required by law.

## IX.   EXECUTIVE BOARD

A.   The Executive Board shall be composed of the three (3) elected officers, and eleven (11) At-Large Directors elected at-large from the Active membership as long as this complies with the "one-person – one-vote" rule.

B.   All members of the Executive Board shall be members in good standing of their local, state, and national associations as a condition for nomination to and service in this position.

C.   At-Large Directors

1.   The At-Large Directors shall be elected by and from the Active membership of the Association. Such elections shall be by open nominations and secret ballot.

2.   Consists of one (1) Pre-K, TK, or K At-Large Director, one (1) primary (1-3) At-Large Director, one (1) Intermediate (4-6) At-Large Director, One (1) Middle School (7-8) At-Large Director, one (1) High School (9-12) At-Large Director, and one (1) Special Education At-Large Director, one (1) Member-at-Large Director, and one (1) BIPOC At-Large Director.

3.   The At-Large Directors shall be elected for a term of two (2) years, commencing on July 1st of any calendar year.

4.   The Special Education At-Large Director must hold a caseload position servicing special education students, including Resource Specialists, Self-Contained Classroom Special Education Teachers and Speech Therapists.

5.   The Member-at-Large Director must hold a district position other than classroom teacher, including but not limited to nurses, librarians, counselors, computer resource teachers, adult education, and other categories represented by the Association.

6.   The BIPOC At-Large Director shall be a self-identified member of one or more of the racial/ethnic categories: African American (Black), Native American, Alaska Native, Native Hawai'ian, Pacific Islander, Latino (including Puerto Rican), Asian, Arab, and Middle Eastern.

7.   The duties of the At-Large Directors are to:

   a.   Serve as a liaison between the Executive Board and Policy Making Body; and

   b.   Perform other duties as assigned by the President.

8.   A vacancy shall exist in the case of death, resignation, or inability to serve. In the event a vacancy occurs, a special election shall be held to elect successors to fill the unexpired terms.

D.   The Executive Board shall meet prior to each regular meeting of the Representative Council and at such other times as the President may deem necessary, or upon written petition of a majority of the members of the Executive Board.

E.   The duties and the responsibilities of the Executive Board are:

1.   Exercise all the business and organizational powers and duties for the Association as prescribed by law and these bylaws;

2.   Act for the Representative Council when school is not in session;

3.   Coordinate the activities of the Association;

4.   Adopt, amend and publicize the local Standing Rules for the Association;

5.   Recommend a budget for the Association to the Representative Council;

6.   Approve by majority vote the President's appointments and removal of committee members, including chairpersons;

7.   Approve by majority vote the President's appointments and by two-thirds (2/3) vote removal of bargaining team members;

8.   Direct the bargaining activities of the Association, subject to the policies established by the Representative Council; and

9.   Adopt grievance procedure and direct the grievance activities of the Association.

E.   A quorum for all meetings of the Executive Board shall consist of a majority of the elected members of that body.

## X.   MEETINGS OF THE GENERAL MEMBERSHIP

A.   Meetings of the Association may be called by the President, the Executive Board, or by written petition of twenty percent (20%) of the Active membership.

B.   Notices of the Association meetings including date, place, time, and purpose of the meeting shall be made available to all members of the Association no less than two (2) days before the meeting except during crisis situations.

C.   For emergency meetings during crisis situations, the Executive Board shall adopt procedures to notify the Association membership of meeting dates, places and times.

D.   General Membership meetings that are conducted electronically may be held if members may interact in the meeting. Members at all sites shall be able to be seen and heard by the entire membership, allowing complete participation. A roll call attendance and subsequent votes shall be conducted by the Secretary.

E.   A quorum for meetings of the Association shall be 15 percent of the Active membership.

## XI.   BARGAINING TEAM

A.   The duties of the Bargaining Team are to represent and to bargain for all bargaining unit members.

B.   The President shall appoint all members, alternates, and the chairperson of the Bargaining Team with the concurrence of the Executive Board.

C.   Vacancies created by resignation or inability to serve shall be filled by the Executive Board from the list of alternates.

D.   The Executive Board, by two-thirds (2/3) vote, may remove a member of the Bargaining Team.

E.   Responsibility and authority for directing the bargaining process on behalf of the Association are vested in the Executive Board.

F.   All bargaining unit members shall be surveyed to determine contents of the proposed contract demands. The contract proposal shall be approved by the Representative Council.

G.   The Bargaining Team shall report its activities to the Executive Board as the Board requires.

H.   The Executive Board shall provide for the dissemination of information regarding bargaining and the activities of the Bargaining Team to the general membership.

I.   The Bargaining Team is empowered to reach tentative agreements with the district. Such agreements shall be considered tentative and not binding upon the Association until such agreements have been ratified by the membership in the appropriate unit(s) unless such ratification has been specifically waived or otherwise delegated by that active membership.

## XII.   GRIEVANCE PROCESSING

A.   The Executive Board shall adopt, with the approval of the Representative Council, the procedures for grievance processing.

B.   These procedures shall include, but not be limited to, the following:

1.   Provide for representation to assist all members of the bargaining unit(s) in processing grievances;

2.   Training for handling grievances; and

3.   Evaluation of the Association's grievance policies and procedures.

## XIII.   NOMINATIONS AND ELECTIONS

The Chapter shall follow and members are entitled to the rights contained in the *CTA Requirements for Chapter Election Procedures* published annually with the *CTA Elections Manual. (CTA Bylaws, Article VI, section 3, CTA Standing Rule 8-12)*

The chapter president must provide all Active members an opportunity to vote. Chapter presidents do not have the option of deciding that such elections shall not be held.

A.   The Elections Committee and Chairperson shall be appointed by the President and approved by the Executive Board to which it is responsible at the beginning of each school year.

The duties of the Elections Committee shall be to:

1.   Ensure that all Association/CTA/NEA election codes and timelines are followed;

2.   Establish, develop and carry out election timelines and procedures;

     3.    Prepare ballots for election of officers and such other elections as may be necessary;

     4.    Count the ballots and certify the results; and

     5.    Process initial challenges.

B.    Elections shall be conducted with:

     1.    Open nomination procedure;

     2.    Secret ballot;

     3.    All Active member vote;

     4.    Record of voters receiving or casting ballots; and

     5.    Majority vote, unless otherwise specified.

C.    State Council Representative elections shall be conducted in accordance with CTA rules after the chapter or Service Center Council has been notified to do so by the CTA Elections and Credentials Committee.

D.    NEA State Delegate elections shall be conducted in accordance with CTA/NEA rules.

E.    NEA Local Delegate elections shall be conducted in accordance with CTA/NEA rules.

## XIV.  COMMITTEES

A.    Committees, except as otherwise provided in these bylaws, may be established and discontinued by the Executive Board, subject to approval by the Representative Council.

B.    Each committee shall submit periodic reports to the Executive Board and Representative Council.

C.    The Executive Board shall direct the activities of all committees, subject to the policies established by the Representative Council.

## XV.  PARLIAMENTARY AUTHORITY

On all matters of procedure not otherwise covered by the provisions of these Bylaws, *Robert's Rules of Order,* latest revised edition, shall be followed at all meetings of the Association, the Representative Council, and the Executive Board.

## XVI.  AMENDMENTS

These Bylaws may be amended by a two-thirds (2/3) vote of the representatives at any regular or special meeting of the Representative Council. Notice in writing of a proposed Bylaws amendment shall have been submitted to the Secretary-Treasurer and provided to all members of the Association on or before the meeting preceding the one at which it is to be voted upon.