# Exhibit D

Elk Grove Education Association's BIPOC At-Large Position Proposal

**BIPOC At-Large Representative**
**Executive Board Member**
**Presented to Rep Council March 21, 2023**

**Proposal**: The EGEA Executive Board is putting forth a recommendation to add an additional executive board member in order to fulfill what is currently in our bylaws to, "provide a means of representation for its ethnic-minority members." The primary responsibility of the BIPOC At-Large Representative would be to address the racial equity needs of all EGEA members. In an effort towards actionable steps to a more diverse, equitable, and inclusive union, it is the EGEA Executive Board's desire to have our elected decision making body reflect the demographics of our membership through the creation of a BIPOC At-Large Representative position.

BIPOC At-Large Representative Responsibilities
- Duties as outlined in the EGEA Bylaws
- Recruitment of EGEA members and leadership committees
- Check in with constituents regarding any concerns that need to be brought to Executive Board
- Support Affinity Groups
- Active member of the Equity Committee
- Represent members around DEI issues
- Support district and organizational efforts surrounding the recruitment and retention of BIPOC educators
- Sit on any district committee requesting EGEA representation inclusive but not limited to those committees regarding diversity, equity and inclusion.

Individuals running for this Executive Board position shall be self-identified as a member of one or more of the racial/ethnic categories of Latinos (including Puerto Ricans), African Americans, Asian Americans, Arab and other Middle Eastern Americans, Native Americans, Native Hawai'ians and other Pacific Islanders, and Alaska Natives.

**Financial Implications**: None. For the 2022-23 school year, there will continue to be two Equity Liaison Coordinator positions. Starting in the 2023-24 school year, there will be one BIPOC Executive Board member and one Equity Liaison Coordinator.

**Rationale:**
I. History of NEA
    A. 1857 - National Teachers Association (NTA) formed
    B. 1870 - NTA merges with smaller organizations and is renamed National Education Association (NEA)
    C. 1966 - NEA merges with the American Teachers Association, an all black association.  One of the stipulations of the merger was people of color would always have representation.
II. NEA Bylaw 3.1 g
    A. It is the policy of the Association to achieve ethnic-minority delegate representation at least equal to the proportion of identified ethnic-minority populations within the state.

III. Bylaws
    A. NEA - "As a top decision-making, our Board of Directors includes at least one director from each state affiliate, as well as representatives from retired members, aspiring educators, at-large representatives of ethnic minorities, administrators, teachers in higher ed, and active members employed in ESP positions.
    B. CTA - The CTA Board of directors is composed of 23 teachers, 16 who are elected from geographically drawn districts with 10,000 or more members.  In addition, two At-Large Directors represent ethnic minorities statewide; one Director represents higher education members; and one Board seat is reserved for California member of the Board of Directors of the National Education Association.  The three Executive Officers bring the total to 23.
    C. EGEA - Section II Purposes E. - To provide a means of representation for its ethnic-minority members
IV. Data
    A. 29% of certificated employees in the district identify as BIPOC
    B. 21% of EGEA members identify as BIPOC
    C. 20% of EGEA Site Representatives identify as BIPOC
    D. 29% of CTA State Council Representatives identify as BIPOC
    E. 25% of EGEA Staff identify as BIPOC
    F. 10% of EGEA Executive Board members identify as BIPOC
    G. 11% of EGEA Bargaining Team identify as BIPOC

V. Other Locals and Large Unions
    A. The following local unions have an Ethnic Minority At-Large Representative: Sacramento City, Lodi, and Twin Rivers
    B. The following large unions have an Ethnic Minority At-Large Representative: Long Beach, San Francisco, Santa Ana, San Bernardino, Corona Norco, and Fresno

**Next Steps:**
**March 21, 2023** - Provide rationale for BIPOC Representative to Site Representatives
**April 4, 2023** - Site Representatives vote
If approved, EGEA Bylaws and Standing Rules will need to be changed and reviewed by CTA before a first and second read by the EGEA representative body.
   **Tentative** bylaws timeline    April 18, 2023 - 1st read of Bylaw language
                                    May 2, 2023 - 2nd read of Bylaw language and vote
   Fall of 2023 - If approved, elections will take place for BIPOC Representative

2