# Exhibit E

Elk Grove Education Association's BIPOC At-Large Position Nomination Form

# EGEA Exec Board Election - Declaration of Candidacy/Nomination

Members of EGEA will soon have the opportunity to select an Exec Board representative for the newly added BIPOC At Large position for the 2023-25 school years.  The election will take place on December 13 - 22, 2023.  The newly elected representative will take office as soon as the election is confirmed.  A member may nominate themselves or nominate any other member **with the member's approval**.  Previous experience is not required to run for office.  Training is available for all who are elected.

Duties of the Executive Board are to assist the Representative Council in coordinating Association activities by:

- Direct bargaining activities
- Oversee the grievance process
- Appoint committee members
- Serve on EGEA and District committees
- Meet twice a month: ½ day release provided
- Meet quarterly with District Leadership
- Attend site meetings as needed
- Communicate interests of and with constituents
- Attend EGUSD Board Meetings on a rotational basis

More information about specific job duties of the Executive Board can be found HERE.

A stipend is provided to elected Officers and Executive Board members.

Email Emily Lints at Sheldon or emily@elkgroveeducators.org with questions.

**THIS FORM MUST BE SUBMITTED NO LATER THAN 4:30 P.M. ON November 28, 2023.**

▢ ████████████████  Switch account  ☁✓

✉⊗ Not shared

*Indicates required question

I nominate myself or the following person for EGEA Executive Board Office and do * so with that individual's knowledge (individuals may nominate themselves):

Your answer

School Site/Department of Nominee: *

Your answer

Which position are you nominating this person for? *

⦿ BIPOC At-Large Representative (remaining term through end of June 2025)

The BIPOC At-Large Representative position is open to EGEA members who are a * self-identified member of one or more of the following racial/ethnic categories: African American (Black), Native American, Alaska Native, Native Hawai'ian, Pacific Islander, Latino (including Puerto Rican), Asian, Arab, and Middle Eastern. Check below to confirm that the nominee above fits this description.

☐ Yes

Your Name: *

Your answer

Your School Site/District Department: *

Your answer

I certify that I am a member in good standing of (check all that apply): *

☐ EGEA

☐ CTA/NEA

Date *

MM / DD / YYYY

Signature: Typing your name will serve as your signature for this electronic form. *

Your answer

You may submit more than one nomination.  Please submit each nomination separately.

Submit    Clear form

Never submit passwords through Google Forms.

This form was created inside of Elk Grove Education Association. Report Abuse

Google Forms