UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ISAAC NEWMAN,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**ELK GROVE EDUCATION ASSOCIATION,**<br><br>　　　　　　　Defendant. | NO. **2:24–CV–01487–DB**<br><br><u>DIRECT ASSIGNMENT ORDER</u> |

　　This civil action has been directly assigned to the undersigned pursuant to the Local Rules, Appendix A(m).  Accordingly, IT IS HEREBY ORDERED:

**1.    SERVICE OF PROCESS**

　　Plaintiff(s) shall complete service of process on all parties within ninety (90) days of the date of the filing of the complaint.  Concurrently with the service of process, or as soon thereafter as possible, plaintiff(s) shall serve upon each of the parties named in the complaint, and upon all parties subsequently joined, a copy of this Order, the Magistrate Judge Consent in Civil Cases form, the Know Your Rights form, and the Notice of Availability Voluntary Dispute Resolution form and shall file with the Clerk of the Court a proof of service.

　　Any party who impleads a third-party defendant shall serve upon that party a copy of this Order and shall file with the Clerk of the Court a proof of service reflecting such service.  In the event this action was originally filed in a state court and was thereafter removed to this court, the removing party

1

or parties shall, immediately following such removal, serve upon each of the other parties named in the complaint, and upon all parties subsequently joined, a copy of this Order, the Magistrate Judge Consent in Civil Cases form, the Know Your Rights form, and the Notice of Availability Voluntary Dispute Resolution form and shall file with the Clerk of the Court a certificate reflecting such service.

**2.    CONSENT OR REQUEST FOR REASSIGNMENT**

Within 90 days from the date the action was filed, or within 30 days from the date of service, the parties shall complete and file the form entitled Consent to Assignment or Request for Reassignment. The form is available on the court's website, at this link:

http://www.caed.uscourts.gov/caednew/index.cfm/forms/civil/

Parties may consent to or decline the jurisdiction of the Magistrate Judge without any adverse consequences. However, the failure to timely return the completed form may result in an order to show cause. If any party requests reassignment to a United States District Judge, the Clerk shall randomly assign a District Judge as presiding judge with the Magistrate Judge continuing to be assigned to the case to for those purposes anticipated by these Rules, including adjudication pursuant to 28 U.S.C. 636(b)(1)(A), B and (b)(3), and L.R. 302(c), as appropriate. Actions in which all parties have consented pursuant to 28 U.S.C. 636(c) shall remain assigned to the Magistrate Judge only.

**3.    SETTLEMENT**

An early settlement conference may be set before the undersigned, or another Magistrate Judge who is randomly selected, if all parties agree to request an early settlement conference. Either party may initiate such a request by emailing M York, Courtroom Deputy to the undersigned, at myork@caed.uscourts.gov. Information will be provided regarding the procedure to follow. Counsel are reminded of their continuing duty as provided by Local Rule 160 to immediately notify the courtroom deputy and chambers of any settlement or other disposition of the case. See also Local Rule 272.

**4.    PRETRIAL SCHEDULING**

If all parties consent to proceed before the undersigned, a Status (Pretrial Scheduling) Conference will be set once all defendants have appeared and answered.

                                         /s/ DEBORAH BARNES
                                         UNITED STATES MAGISTRATE JUDGE