

# United States District Court
# Eastern District of California

Isaac Newman

Plaintiff(s)

V.

Elk Grove Education Association

Defendant(s)

Case Number: 2:24-cv-01487-DB

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Nathan J. McGrath hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiff Isaac Newman

On 10/15/2010 (date), I was admitted to practice and presently in good standing in the Supreme Court of Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/31/2024         Signature of Applicant: /s/ Nathan J. McGrath

---

U.S. District Court – Pro Hac Vice Application                                                Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Nathan J. McGrath |
| Law Firm Name: | The Fairness Center |
| Address: | 500 North Third Street |
| | Suite 600 |
| City: | Harrisburg     State: PA     Zip: 17101 |
| Phone Number w/Area Code: | (844) 293-1001 |
| City and State of Residence: | Mechanicsburg, Pennsylvania |
| Primary E-mail Address: | njmcgrath@fairnesscenter.org |
| Secondary E-mail Address: | lawanner@fairnesscenter.org |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Thomas Myers |
| Law Firm Name: | Smith & Myers LLP |
| Address: | 355 South Grand Avenue |
| | Suite 2450 |
| City: | Los Angeles     State: CA     Zip: 90071 |
| Phone Number w/Area Code: | (213) 613-2380     Bar # 120674 |

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____          _____
                                                                    JUDGE, U.S. DISTRICT COURT



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Nathan John McGrath, Esq.

**DATE OF ADMISSION**

*October 15, 2010*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  November 15, 2023

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk