# RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me (1) | DATE | June 6, 2024 at 5:35pm |
| NAME OF SERVER (PRINT) Jenice Rossner | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by personal Service to James Sutter, President of Elk Grove Education Association, at the address of 6817 Kilconnell Dr. Elk Grove, CA 95758

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $ 100.00 | TOTAL $ 100.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/11/2024
Date

Signature of Server

3104 O St #230, Sacramento, CA 95816
Address of Server

Documents Served:
Summons,
Complaint w/ Exhibits
New Case Documents
PHV Applications