STACEY M. LEYTON - SBN 203827
EMANUEL WADDELL – SBN 350156
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sleyton@altber.com
ewaddell@altber.com
*Attorneys for DEFENDANT*

TOM MYERS – SBN 120674
SMITH & MYERS LLP
355 S. Grant Ave
Los Angeles, CA 90071
Telephone: (213) 613-2390
Facsimile: (213) 613-2395
myers@smithmyerslaw.com
*Attorneys for PLAINTIFF*

STEPHEN B. EDWARDS
PA Attorney I.D No. 326453
NATHAN J. MCGRATH
PA Attorney I.D No. 308845
THE FAIRNESS CENTER
500 North Third Street Suite 600
Harrisburg, Pennsylvania
Telephone: (844) 293-1001
Facsimile: (717) 307-3424
sbedwards@fairnesscenter.org
njmcgrath@fairnesscenter.org
*Attorneys for PLAINTIFF*

UNITED STATES DISTIRCT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Isaac Newman,<br><br>Plaintiff,<br><br>vs.<br><br>Elk Grove Education Association,<br><br>Defendant, | CASE NO. 2:24-cv-01487-DB<br><br>**JOINT MOTION FOR ADMINISTRATIVE RELIEF - TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |

Plaintiff Isaac Newman and Defendant Elk Grove Education Association jointly move under Federal Rule of Civil Procedure section 6(b)(1)(A) and Local Rules 144 and 233 for an extension of time to respond to the complaint. This is the first extension request in this case by either Plaintiff or Defendant. In support of this request, the parties state as follows:

1. Plaintiff filed this action alleging violations of Title VII of the Civil Rights Act, 42 I.S.C. § 2000e-2(c), and the California Fair Employment and Housing Act, Cal. Gov't Code § 12940(b), on May 24, 2024.  Plaintiff served its complaint on Defendant on June 6, 2024.

2. Under Federal Rule of Civil Procedure section 12(a)(1)(A)(i), Defendant's current deadline to respond to the complaint is June 27, 2024.

3. On June 18, 2024, the parties met and conferred via email.  Counsel for Defendant informed Plaintiff that they are currently preparing for a trial that is expected to start July 8 and last for at least two weeks, and that counsel has preplanned vacations after the trial concludes.  Defendant therefore asked if Plaintiff would agree to a sixty (60) day extension of time to respond to the complaint.  Counsel for Plaintiff agreed to stipulate to that extension, which would make any response to the complaint due August 26, 2024.

4. Neither party has previously sought any extensions in this case.

WHEREFORE, the parties respectfully move that the Court enter an order extending the time for Defendant to file any response to the complaint by sixty (60) days, such that any response is due August 26, 2024.

Dated:  June 25, 2024                     Respectfully submitted,

ALTSHULER BERZON LLP
Stacey M. Leyton
Emanuel Waddell

By: */s/ Stacey Leyton*
*Attorneys for Defendant*

Dated:  June 25, 2024                     SMITH & MYERS LLP
Tom Myers

By: */s/ Tom Meyers* (as authorized on June 25, 2024)
*Attorney for Plaintiff*

Dated:  June 25, 2024                     THE FAIRNESS CENTER
Stephen B. Edwards
Nathan J. McGrath

By: */s/ Stephen Edwards* (as authorized on June 25, 2024)
*Attorneys for Plaintiff*