STACEY M. LEYTON - SBN 203827
EMANUEL WADDELL – SBN 350156
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sleyton@altber.com
ewaddell@altber.com
*Attorneys for DEFENDANT*

TOM MYERS – SBN 120674
SMITH & MYERS LLP
355 S. Grant Ave
Los Angeles, CA 90071
Telephone: (213) 613-2390
Facsimile: (213) 613-2395
myers@smithmyerslaw.com
*Attorneys for PLAINTIFF*

STEPHEN B. EDWARDS
PA Attorney I.D No. 326453
NATHAN J. MCGRATH
PA Attorney I.D No. 308845
THE FAIRNESS CENTER
500 North Third Street Suite 600
Harrisburg, Pennsylvania
Telephone: (844) 293-1001
Facsimile: (717) 307-3424
sbedwards@fairnesscenter.org
njmcgrath@fairnesscenter.org
*Attorneys for PLAINTIFF*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Isaac Newman<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Elk Grove Education Association<br><br>　　　　　　Defendant, | CASE NO. 2:24-cv-01487-DB<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

Upon consideration of the parties' Joint Motion for Administrative Relief - To Extend Time to Respond to the Complaint, it is hereby:

1  ORDERED that the motion is GRANTED.  Defendant's deadline to respond to the
2 complaint is extended by sixty (60) days.  Any response shall be filed by no later than August 26,
3 2024.
4  SO ORDERED.

6 Date:_____        _____
7                                                                        Hon. Deborah Barnes
                                                                         United States Magistrate Judge