UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ISAAC NEWMAN,** | NO. **2:24−CV−01487−SCR** |
| Plaintiff, | **ORDER OF REASSIGNMENT** |
| v. | |
| **ELK GROVE EDUCATION ASSOCIATION,** | |
| Defendant. | |

    The court, having considered the appointment of Magistrate Judge Sean C. Riordan, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

    **IT IS THEREFORE ORDERED** that the above captioned case shall be and is hereby reassigned from **Magistrate Judge Deborah Barnes** to **Magistrate Judge Sean C. Riordan** for all further proceedings.  The new case number for this action, which must be used on all documents filed with the court, is:    **2:24−CV−01487−SCR**

    All dates currently set in this reassigned action shall remain pending subject to further order of the court.

DATED:  August 6, 2024

CHIEF UNITED STATES DISTRICT JUDGE