STACEY M. LEYTON – SBN 203827
MATTHEW J. MURRAY – SBN 271461
EMANUEL WADDELL – SBN 350156
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sleyton@altber.com
mmurray@altber.com
ewaddell@altber.com
Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Isaac Newman,<br><br>                 Plaintiff,<br><br>    vs.<br><br>Elk Grove Education Association,<br><br>                 Defendant, | CASE NO. 2:24-cv-01487-SCR<br><br>**NOTICE OF APPEARANCE OF MATTHEW J. MURRAY** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Matthew J. Murray, California State Bar Number 271461, of the law firm Altshuler Berzon LLP, hereby enters an appearance in this action as additional counsel for Defendant Elk Grove Education Association.  Defendant also continues to be represented by Stacey M. Leyton and Emanuel Waddell of Altshuler Berzon LLP.  Counsel for Defendant respectfully requests that Matthew J. Murray be included on all future correspondence, notices, pleadings, and other filings and service at the following address:

> Matthew J. Murray
> Altshuler Berzon LLP
> 177 Post Street, Suite 300
> San Francisco, CA 94108
> Telephone: (415) 421-7151
> Facsimile: (415) 362-8064
> Email: mmurray@altber.com

Dated:  August 20, 2024

Respectfully submitted,

ALTSHULER BERZON LLP
Stacey M. Leyton
Matthew J. Murray
Emanuel Waddell

By: */s/ Matthew J. Murray*
*Attorneys for Defendant*