STACEY M. LEYTON – SBN 203827
MATTHEW J. MURRAY – SBN 271461
EMANUEL WADDELL – SBN 350156
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sleyton@altber.com
mmurray@altber.com
ewaddell@altber.com
Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Isaac Newman,<br><br>             Plaintiff,<br><br>      vs.<br><br>Elk Grove Education Association,<br><br>             Defendant. | CASE NO. 2:24-cv-01487-WBS-SCR<br><br>**DECLARATION OF JAMES SUTTER IN SUPPORT OF DEFENDANT'S RULE 12(b)(1) MOTION TO DISMISS CLAIMS FOR INJUNCTIVE AND DECLARATORY RELIEF** |

I, James Sutter, hereby declare:

1.      I am a teacher employed by the Elk Grove Unified School District, an active member of Defendant Elk Grove Education Association ("EGEA" or the "Union"), and the current President of the EGEA Executive Board.  My duties as EGEA President include, among other things, the following: presiding over meetings of the EGEA, the EGEA Representative Council, and the EGEA Executive Board; calling meetings of EGEA, the Representative Council, and the Executive Board; suggesting policies for EGEA; and being the official spokesperson for EGEA.  I have been the President since July 1, 2023.  I am submitting this declaration in support of Defendant EGEA's Rule 12(b)(1) Motion to Dismiss Claims for Injunctive and Declaratory Relief.

2.      EGEA is a union that has been recognized as the exclusive collective bargaining representative of teachers and certain other professionals employed by the Elk Grove Unified School District.  EGEA represents all employees in the bargaining unit, including those who do not choose to become members of EGEA.

3.      In 2022, the EGEA Executive Board began discussing ways that EGEA could work to improve its representation of bargaining unit members who are racial minorities.

4.      One of the suggestions that arose during those conversations was adding a position to the Executive Board that would have an explicit focus on racial equity issues.  As a result of those discussions, on March 21, 2023, during a meeting of the Representative Council, the Executive Board proposed amending the EGEA bylaws to add the position of BIPOC At-Large Director to the Board.  The Executive Board's proposal is attached to the Complaint in this case as Exhibit D (ECF 1-5).  The proposal explains the intent of the proposal.

5.      The Executive Board's research revealed that racial minorities were significantly underrepresented on the EGEA Executive Board.  Specifically, the data available to the Board reflected that 29% of certificated employees in the district and 21% of EGEA members identify as Black, Indigenous, or People of Color (BIPOC), but only 10% of EGEA Executive Board members and 11% of EGEA Bargaining Team members identify as BIPOC.

6.      As reflected in the Executive Board's March 21, 2023 proposal, the goals of creating

the new Executive Board Director position were to provide a means of representation for EGEA's ethnic-minority members, to address the racial equity needs of all EGEA members, to make an effort towards actionable steps to a more diverse, equitable, and inclusive union, and to have our elected decision-making body better reflect the demographics of our membership. As part of the Union's efforts to achieve these goals, the proposed position would be open to EGEA members who self-identified as BIPOC.

7.      When it was created, the Executive Board believed that this new position was a lawful way to address the Board's underrepresentation.  It was not the Executive Board's goal to discriminate against any member, and at no point did the Executive Board express a desire or intent to discriminate against any members of EGEA.

8.      On April 4, 2023, the Representative Council voted to approve the proposal to prepare an amendment to the bylaws.

9.      After school resumed in the fall of 2023, on October 3, 2023, the Executive Board conducted its first reading of the proposed amendment before the Representative Council.

10.      The Board explained that the new Board member would have the same duties and responsibilities as other Board members as well as the responsibilities listed in the March 21, 2023 proposal, including supporting affinity groups, representing members around diversity, equity, and inclusion efforts, supporting District and EGEA efforts around the recruitment and retention of minority educators, and more.  The position would be elected in a vote of all active EGEA members.

11.      Given the goals of the position as explained above, the proposed amendment also stated that the BIPOC Director shall self-identify as African American (Black), Native American, Alaska Native, Native Hawai'ian, Pacific Islander, Latino (including Puerto Rican), Asian, Arab, or Middle Eastern.  Again, the intended goal was to help rectify the current underrepresentation of racial minorities on the Board.

12.      All EGEA members had the right to be present at the Representative Council meeting and to object to the proposed position.  Mr. Isaac Newman, the plaintiff in this lawsuit, was

1   not present and did not object at that time.

2   13.     On November 7, 2023, the Executive Board conducted its second reading of the

3   proposed amendment for the Representative Council.  Mr. Newman again was not present and did

4   not object.  The Representative Council then voted overwhelmingly to approve the amendment.

5   Accordingly, the proposed amendment took effect.

6   14.     On November 9, 2023, EGEA opened nominations for the new BIPOC At-Large

7   Director position.  On November 28, 2023, nominations closed.  A single EGEA member, Gia

8   Moreno Cruz, was nominated to run for the position.  EGEA members voted, and on January 2,

9   2024, EGEA membership was notified via email that Ms. Moreno Cruz was elected to the position.

10  15.     In May 2024, I learned that Mr. Newman had filed a complaint in federal court

11  against the Union, when EGEA Vice President, Alison Bliss, received an email request for

12  comment about the complaint from a reporter.  Mr. Newman had not spoken to any member of the

13  Executive Board about the filing of a complaint, and the complaint had not yet been served on the

14  Union when we learned about the complaint from news reports.

15  16.     Before filing this lawsuit, Mr. Newman had never run for elected office in EGEA or

16  expressed an interest in running for any elected EGEA office to any member of EGEA's Executive

17  Board, as far as I am aware.

18  17.     In response to news reports discussing the complaint, the Executive Board began

19  discussing revising the EGEA bylaws.  The Executive Board determined that the EGEA bylaws

20  should be amended to eliminate the BIPOC At-Large Director position and replace it with a Racial

21  Equity At-Large Director position open to all active EGEA members, regardless of race.  The

22  Executive Board proposed this change to clarify that EGEA's goals and intentions are (and have

23  consistently been) to promote diversity, equity, and inclusion of all EGEA members, to avoid any

24  inaccurate implication that EGEA has ever intended to be exclusionary or discriminatory, and to

25  ensure that EGEA is unquestionably in compliance with the law.

26  18.     EGEA was served with the complaint on or around June 6, 2024.  Because school

27  was out for the summer, EGEA's next regularly scheduled meeting was set for August 20, 2024

28

19.     On June 18, 2024 , I promptly notified the Representative Council of the lawsuit and informed them that the Executive Board was scheduling a Special Meeting of the Representative Council to amend the bylaws as quickly as possible, rather than waiting to start the amendment process at the first regularly scheduled meetings of the new school year.  That email is attached to this declaration as **Exhibit A**.

20.     On August 6, 2024, the Representative Council held a special meeting.  During that meeting, the Executive Board read the proposed amendment eliminating the BIPOC At-Large position and creating the new Racial Equity At-Large position.  That proposed bylaws amendment is attached to this declaration as **Exhibit B**.

21.     On August 20, 2024, the Representative Council held the first regular meeting of the 2024-25 school year, during which the Executive Board read the proposed amendment again.  The Representative Council voted to adopt the proposed amendment, and it took effect that day.  The new, revised EGEA bylaws, which include the Racial Equity Director At-Large Position, are attached to this declaration as **Exhibit C**.

22.     After the vote on August 20, 2024, to amend the bylaws, the former BIPOC At-Large Director position no longer exists.  Ms. Moreno Cruz, the former office holder in that position, is no longer on the EGEA Executive Board.

23.     On August 21, 2024, I sent an email to all active EGEA members, including Mr. Newman, informing them that the proposed amendment had taken effect and inviting nominations for the new Racial Equity Director position.  The same day, the EGEA Elections Committee announced to all active EGEA members, including Mr. Newman, that the election for the new Racial Equity Director was underway and invited nominations for the position.  Those emails are attached to this declaration as **Exhibit D**.

24.     A copy of the online candidacy form that is now available for all EGEA members to nominate themselves or others to run for the Racial Equity At-Large position is attached to this declaration as **Exhibit E**.

25.     As the Elections Committee informed the membership, nominations for the Racial

1  Equity At-Large position are open until September 3, 2024.

2      26.    After nominations close, all active EGEA members will be able to vote on the

3  candidates.  That election will take place from September 17, 2024 to September 26, 2024.  The

4  winner of the election will take office after the Elections Committee Co-Chairs certify the results.

5      27.    On August 20, 2024, the Executive Board also adopted a new standing rule that

6  prohibits the Executive Board from proposing or creating any EGEA position that requires

7  individuals to be members of a certain racial or ethnic group to be eligible.  A copy of that rule is

8  attached to this declaration as **Exhibit F**.  I informed the EGEA membership about this new

9  standing rule in an email on August 21, 2024, as reflected in Exhibit D.

10     28.    EGEA's goal has never been to discriminate, and EGEA seeks to ensure that all its

11  members feel included and represented.

12     29.    As stated in my email to all EGEA members, EGEA and the Executive Board have

13  no intention of establishing racial eligibility criteria for any elected position in the future.

14     30.    Any amendment of the EGEA bylaws must be approved by the California Teachers

15  Association ("CTA").  For all the reasons discussed in this declaration, and given EGEA's

16  experience with this lawsuit, I do not believe that CTA would approve any amendment in the future

17  that established racial eligibility criteria for an EGEA elected position.

18

19      I declare under penalty of perjury that the foregoing is true and correct to the best of my

20  knowledge.  Executed in Elk Grove, California on August 26, 2024.

21

22

23  James Sutter

24  EGEA President

25

26

27

28
                                            6
    DECL. OF JAMES SUTTER ISO DEFENDANT'S 12(b)(1) MOTION TO DISMISS

Exhibit A



Emily Lints <███████████████████████>

---

# Important Communication to EGEA Site Reps
1 message

---

**Emily Lints** ████████████████                                    Tue, Jun 18, 2024 at 2:25 PM
Bcc: ████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████
█████████████████████████████████████████████
████████████████████████████████████████████████████████
█████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████████████████
█████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████████████
█████████████████████████████████████████████████
███████████████████████████████████████████████████
█████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████████████



Dear EGEA Site Reps,

A message will be sent to the EGEA Bargaining unit updating everyone on the lawsuit that was filed against EGEA.  As a result of this lawsuit, EGEA will need to call a special meeting of Rep Council.

The EGEA Executive Board has approved the scheduling of a **Special Rep Council meeting this summer on August 6th** followed up by a **regular Rep Council on August 20th**. It is critical that you attend both of these meetings, as we have an important decision to make.  The August 20th meeting when we will take a vote will require a quorum of the Representative Council.

Our Board has recommended that we amend the description and title of the BIPOC At-Large Director position in the Association Bylaws. The Representative Council approved adding this position in 2023 to promote issues of racial equity, diversity and inclusion in the Association; to further the Association's obligation to "provide a means of representation for its ethnic-minority members"; to address the racial equity needs of all EGEA members; and to further efforts to foster a more diverse, equitable, and inclusive union.

However, a recent lawsuit filed against EGEA has claimed that our current language illegally discriminates against white individuals by specifying that someone must be from a self-identified racial or ethnic minority group in order to run for this position. EGEA's intention is to remain within the law and not to exclude any member in good standing from running for this position if they believe they can serve in good faith.

BIPOC individuals are, as a general matter, well-positioned to represent and promote issues of racial equity and inclusion. Nonetheless, Active members who do not self-identify as racial minorities may have qualifications and interests that render them qualified to serve in this At-Large Director position. Individuals who self-identify as racial minorities are strongly encouraged to run for this position. We believe the proposed amendment to the bylaws you will be discussing and voting on clarifies our position within the law and remains true to our shared values.

In accordance with our Bylaws and Standing Rules, we will have two consecutive Rep Council meetings to address this. At the first meeting on August 6th, you will be able to read and discuss the proposed amendment, with the vote taking

place at the second meeting, August 20th. These meetings will be held via zoom to provide attendance and participation of all Site Reps.  Any schools who have an update in their site reps when school starts, please notify Emily Lints so our roster is accurate.

In alignment with our practices, we will send a reminder, agenda and zoom link the Friday before the scheduled meetings.  **Please put August 6th and August 20th in your calendars for a 4:30 PM Rep Council Meeting.**

Thank you all for your shared commitment to our union, our values, and our students. I look forward to meeting with you soon.

James Sutter
EGEA President

# Exhibit B

# Language Change - **Article IX, Section C.6**

## Original Language

**The BIPOC At-Large Director shall be a self-identified member of one or more of the racial/ethnic categories: African American (Black), Native American, Alaska Native, Native Hawai'ian, Pacific Islander, Latino (including Puerto Rican), Asian, Arab, and Middle Eastern.**

## Proposed Amendment

**Article IX, Section C.6 Proposed Amendment:**

6. The Racial Equity At-Large Director position is open to all Active members. Active members who self-identify as a member of one or more of the following racial/ethnic minorities are encouraged to be candidates for the Racial Equity At-Large Director: African-American (Black), Native American, Alaska Native, Native Hawai'ian, Pacific Islander, Latino/Hispanic (including Puerto Rican), Asian, Arab, and Middle Eastern. This Director position is intended to promote issues of racial equity and inclusion for the Association.

Exhibit C

## ELK GROVE EDUCATION ASSOCIATION/CTA/NEA
# BYLAWS

**i.      NAME AND LOCATION**

The name of this Association shall be the Elk Grove Education Association (a.k.a. EGEA)/CTA/NEA in Sacramento County.

**II.     PURPOSES**

The primary purpose of this association shall be:

A.    To represent its members in their relations with their employer, and to seek to be the exclusive representative of appropriate units of school employees in all matters relating to employment conditions and employer-employee relations including, but not limited to, wages, hours, and other terms and conditions of employment;

B.    To form a representative body capable of developing group opinion on professional matters to speak with authority for members;

C.    To provide an opportunity for continuous study and action on problems of the profession to advocate and take action on all matters pertaining to public education;

D.    To promote cooperation and communication between education support professionals and certificated educators;

E.    To provide a means of representation for its ethnic-minority members;

F.    To promote professional attitudes and ethical conduct among members;

G.    To encourage cooperation and communication between the profession and the community; and

H.    To foster good fellowship among members.

**III.    AFFILIATION WITH CTA/NEA**

A.    The Elk Grove Education Association shall be a chartered chapter of the California Teachers Association (CTA).

B.    The Elk Grove Education Association shall be an affiliated local association of the National Education Association (NEA).

**IV.    MEMBERSHIP**

A.    The primary category of membership shall be Active members.

B.    Active membership shall be open to any person engaged in, or who is on a limited leave of absence from, non-administrative, non-supervisory, public education employment and is an employee of Elk Grove Unified School District.

C.    Membership shall be granted upon initiation of payroll deduction or upon payment of annual EGEA/CTA/NEA dues.

D.  The right to vote and to hold elective office or appointive position within the Association shall be limited to Active members.

E.  Members shall receive special services, obtain assistance in the protection of professional and civil rights, and receive reports and publications of the Association.

F.  Active members shall adhere to *The Code of Ethics of the Education Profession*.

G.  Members shall enjoy the same rights and privileges, regardless of age, gender identity, race, ethnicity, national origin and sexual orientation.

H.  Any and all disciplinary matters shall include due process. Due process includes the right to select representation, to present evidence on their behalf, to confront and cross-examine their accuser and any other witnesses against them, and to examine and refute all evidence considered by the hearing panel, whether or not such evidence is presented at a hearing. All members have the right to appeal the decision of the hearing panel to the governing body.

I.  The membership year shall be that period of time from September 1 of any given calendar year through August 31 of the following calendar year, inclusive.

## V.   DUES AND ASSESSMENTS

A.  The basic annual dues level for Active members shall be sufficient to cover the operation expenses of the Association, the dues of CTA, and the dues of NEA.

B.  The Association's portion of the basic annual dues, shall be established by action of the Representative Council at the last regular meeting of the school year.

C.  Membership shall be continuous after initial enrollment until delinquent or until a change in professional status makes the member ineligible for membership. If by October 31 of any calendar year a member has neither paid the established annual membership dues for the current membership year, nor made satisfactory arrangements for payment, then that person's membership shall be considered delinquent and the name dropped from the rolls.

## VI.   POLICY-MAKING BODY

A.  The policy-making body of the Association shall be a Representative Council, which is comprised of the Active members of the Association through whom power is derived and decision-making is accountable.

B.  The Representative Council shall be composed of the following Active members:

1.  Voting members of the Executive Board;

2.  Representatives elected on the basis of one-person one-vote;

3.  Active members of a chapter shall have the right to attend and observe official meetings of the Representative Council. Business shall be conducted by duly-elected Representatives or Seated Alternates.

4.  Single Chapter Representative(s) – voting members

C.    The Representative Council shall:

    1.    Establish Association policies and objectives;

    2.    Adopt the annual budget of the Association on or before the first meeting of the school year;

    3.    Approve the establishment or discontinuance of *ad hoc* committees and/or task forces including the membership of those bodies as recommended by the Executive Board; and

    4.    Establish the dues of the Association.

D.    The Representative Council shall schedule meetings monthly during the school year.  The place and time of meetings shall be decided by the Executive Board.

E.    Special meetings of the Representative Council may be called by the President, the Executive Board, or by the petition of twenty percent (20%) of the Active membership.

F.    Special meetings of the Representative Council shall only be called for a specific purpose and only that business shall be considered.

G.    Notices and agendas for each meeting of the Representative Council shall be provided to all members of the Representative Council no less than two (2) days prior to the date of the meeting.

H.    For emergency meetings of the Representative Council during crisis situations, the Executive Board shall adopt procedures to notify representatives of meeting dates, places, and times.

I.    Representative Council meetings that are conducted electronically may be held if members may interact in the meeting. Members at all sites shall be able to be seen and heard by the entire Representative Council, allowing complete participation. A roll call attendance and subsequent votes shall be conducted by the Secretary or designee.

J.    A quorum for all meetings of the Representative Council shall consist of a majority of all elected members of the Representative Council.

## VII.    REPRESENTATIVES

A.    Representatives shall be elected by and from the Active membership for each faculty group. Such election shall be by open nominations and by secret ballot.

B.    Representatives shall serve a term of two (2) years.

C.    The term of office for the members of the Representative Council shall be July 1 through June 30.

D.    Each faculty, site or site unit shall be entitled to at least one representative and shall have one representative for each ten (10) Active members on the staff, or major fraction thereof.

E.    Active members who are not represented through an individual school group shall be counted as a special faculty group entitled to the same representation on the Representative Council as individual school faculty groups.

F.   Vacancies: Vacancies in the office of Representative for whatever cause shall be filled by properly elected replacements.

G.   Representatives shall:

1.   Conduct constant and ongoing liaison between the Representative Council and the Active members of the faculty/site unit;

2.   Serve as the official channel through which written communications and publications can be easily and quickly transmitted between the Association and the members;

3.   Represent the views and input of the Active membership in votes taken in the Representative Council, conducting frequent and regular polls of such membership for this purpose; and

4.   Perform such additional duties as prescribed by the Executive Board.

H.   A Representative shall not conduct an election in which they are a candidate.

## VIII.   OFFICERS

A.   The officers of the Association shall be President, Vice President, and Secretary-Treasurer.

B.   These officers shall be members in good standing of their local, state, and national associations as a condition for nomination to and service in their respective positions during their terms of office.

C.   These officers shall be elected by and from the Active membership of the Association. Such election shall be by open nominations and secret ballot.

D.   Officers shall be elected for a term of two (2) years, commencing on July 1st of any calendar year.

E.   A vacancy shall exist in the case of death, resignation, or inability to serve in any of the offices of the Association. If there is a vacancy occurring in the office of the President, the Vice-President shall assume the office.  In the event a vacancy occurs in the other offices, a special election shall be held to elect successors to fill the unexpired terms.

F.   The President shall be the chief executive officer of the Association and its policy advocate.

The President shall, subject to other provisions of these Bylaws:

1.   Preside at all meetings of the Association, the Representative Council and Executive Board;

2.   Prepare the agenda for the meetings of the Association, the Representative Council and the Executive Board;

3.   Be the official spokesperson for the Association;

4.   Adhere to the governance documents of the Association, CTA, and NEA;

5.   Appoint all chairpersons and members of all committees by the beginning of each school year;

6.   Appoint the chairperson and members of the Bargaining Team by the beginning of each school year;

7.   Call meetings of the Association, Representative Council and the Executive Board;

8.   Propose the procedures for grievance processing for ratification by the Executive Board and the Representative Council;

9.   Suggest policies, plans and activities for the Association and be held responsible for the progress and work of the Association;

10.   Attend meetings of the Service Center Council of which the Association is a part;

11.   Attend other CTA/NEA meetings as directed by the Representative Council; and

12.   Order the payment of funds as necessary. *(as outlined in the CTA Treasurer's Handbook).*

G.   The Vice-President shall:

1.   Serve as assistant to the President in all duties of the President;

2.   Assume the duties of the President in the absence of the President;

3.   Be responsible for the formation and distribution of the Association's calendar of activities; and

4.   Serve as coordinator of committee activities at the direction of the President.

H.   The Secretary-Treasurer shall:

1.   Maintain a careful and accurate record of the proceedings of each meeting, regular or special, of the Association, Representative Council, and the Executive Board;

2.   Be responsible for the distribution of minutes, notice of meetings, and agendas for all meetings to members of the Representative Council and Executive Board; and to the membership when appropriate;

3.   Keep an accurate roster of the membership of the Association and of all committees; and

4.   Carry on the correspondence pertaining to the affairs of the Association as directed by the President.

5.   Receive all funds belonging to the Association and be responsible for their safekeeping and accounting;

6.   Pay out such funds upon orders of the President; *(as outlined in the CTA Treasurer's Handbook)*

7.   Provide a written financial report for each regular meeting of the Representative Council and Executive Board;

8.   Be responsible for an annual audit of the books of the Association and distributing a summary of this audit to the membership; and

9.    Be responsible for submitting membership and financial reports to CTA, NEA, and other agencies as required by law.

IX.    **EXECUTIVE BOARD**

A.    The Executive Board shall be composed of the three (3) elected officers, and eleven (11) At-Large Directors elected at-large from the Active membership as long as this complies with the "one-person – one-vote" rule.

B.    All members of the Executive Board shall be members in good standing of their local, state, and national associations as a condition for nomination to and service in this position.

C.    At-Large Directors

1.    The At-Large Directors shall be elected by and from the Active membership of the Association. Such elections shall be by open nominations and secret ballot.

2.    Consists of one (1) Pre-K, TK, or K At-Large Director, one (1) primary (1-3) At-Large Director, one (1) Intermediate (4-6) At-Large Director, One (1) Middle School (7-8) At-Large Director, one (1) High School (9-12) At-Large Director, and one (1) Special Education At-Large Director, one (1) Member-at-Large Director, and one (1) Racial Equity At-Large Director.

3.    The At-Large Directors shall be elected for a term of two (2) years, commencing on July 1st of any calendar year.

4.    The Special Education At-Large Director must hold a caseload position servicing special education students, including Resource Specialists, Self-Contained Classroom Special Education Teachers and Speech Therapists.

5.    The Member-at-Large Director must hold a district position other than classroom teacher, including but not limited to nurses, librarians, counselors, computer resource teachers, adult education, and other categories represented by the Association.

6.    The Racial Equity At-Large Director position is open to all Active members. Active members who self-identify as a member of one or more of the following racial/ethnic minorities are encouraged to be candidates for the Racial Equity At-Large Director: African-American (Black), Native American, Alaska Native, Native Hawai'ian, Pacific Islander, Latino/Hispanic (including Puerto Rican), Asian, Arab, and Middle Eastern. This Director position is intended to promote issues of racial equity and inclusion for the Association.

7.    The duties of the At-Large Directors are to:

a.    Serve as a liaison between the Executive Board and Policy Making Body; and

b.    Perform other duties as assigned by the President.

8.    A vacancy shall exist in the case of death, resignation, or inability to serve. In the event a vacancy occurs, a special election shall be held to elect successors to fill the unexpired terms.

D.    The Executive Board shall meet prior to each regular meeting of the Representative Council and at such other times as the President may deem necessary, or upon written petition of a majority of the members of the Executive Board.

E.    The duties and the responsibilities of the Executive Board are:

1.    Exercise all the business and organizational powers and duties for the Association as prescribed by law and these bylaws;

2.    Act for the Representative Council when school is not in session;

3.    Coordinate the activities of the Association;

4.    Adopt, amend and publicize the local Standing Rules for the Association;

5.    Recommend a budget for the Association to the Representative Council;

6.    Approve by majority vote the President's appointments and removal of committee members, including chairpersons;

7.    Approve by majority vote the President's appointments and by two-thirds (2/3) vote removal of bargaining team members;

8.    Direct the bargaining activities of the Association, subject to the policies established by the Representative Council; and

9.    Adopt grievance procedure and direct the grievance activities of the Association.

E.    A quorum for all meetings of the Executive Board shall consist of a majority of the elected members of that body.

## X.    MEETINGS OF THE GENERAL MEMBERSHIP

A.    Meetings of the Association may be called by the President, the Executive Board, or by written petition of twenty percent (20%) of the Active membership.

B.    Notices of the Association meetings including date, place, time, and purpose of the meeting shall be made available to all members of the Association no less than two (2) days before the meeting except during crisis situations.

C.    For emergency meetings during crisis situations, the Executive Board shall adopt procedures to notify the Association membership of meeting dates, places and times.

D.    General Membership meetings that are conducted electronically may be held if members may interact in the meeting. Members at all sites shall be able to be seen and heard by the entire membership, allowing complete participation. A roll call attendance and subsequent votes shall be conducted by the Secretary.

E.    A quorum for meetings of the Association shall be 15 percent of the Active membership.

## XI.   BARGAINING TEAM

A.    The duties of the Bargaining Team are to represent and to bargain for all bargaining unit members.

B.   The President shall appoint all members, alternates, and the chairperson of the Bargaining Team with the concurrence of the Executive Board.

C.   Vacancies created by resignation or inability to serve shall be filled by the Executive Board from the list of alternates.

D.   The Executive Board, by two-thirds (2/3) vote, may remove a member of the Bargaining Team.

E.   Responsibility and authority for directing the bargaining process on behalf of the Association are vested in the Executive Board.

F.   All bargaining unit members shall be surveyed to determine contents of the proposed contract demands. The contract proposal shall be approved by the Representative Council.

G.   The Bargaining Team shall report its activities to the Executive Board as the Board requires.

H.   The Executive Board shall provide for the dissemination of information regarding bargaining and the activities of the Bargaining Team to the general membership.

I.   The Bargaining Team is empowered to reach tentative agreements with the district. Such agreements shall be considered tentative and not binding upon the Association until such agreements have been ratified by the membership in the appropriate unit(s) unless such ratification has been specifically waived or otherwise delegated by that active membership.

## XII.   GRIEVANCE PROCESSING

A.   The Executive Board shall adopt, with the approval of the Representative Council, the procedures for grievance processing.

B.   These procedures shall include, but not be limited to, the following:

1.   Provide for representation to assist all members of the bargaining unit(s) in processing grievances;

2.   Training for handling grievances; and

3.   Evaluation of the Association's grievance policies and procedures.

## XIII.   NOMINATIONS AND ELECTIONS

The Chapter shall follow and members are entitled to the rights contained in the *CTA Requirements for Chapter Election Procedures* published annually with the *CTA Elections Manual. (CTA Bylaws, Article VI, section 3, CTA Standing Rule 8-12)*

The chapter president must provide all Active members an opportunity to vote. Chapter presidents do not have the option of deciding that such elections shall not be held.

A.   The Elections Committee and Chairperson shall be appointed by the President and approved by the Executive Board to which it is responsible at the beginning of each school year.

The duties of the Elections Committee shall be to:

1.   Ensure that all Association/CTA/NEA election codes and timelines are followed;

2.   Establish, develop and carry out election timelines and procedures;

3.   Prepare ballots for election of officers and such other elections as may be necessary;

4.   Count the ballots and certify the results; and

5.   Process initial challenges.

B.   Elections shall be conducted with:

1.   Open nomination procedure;

2.   Secret ballot;

3.   All Active member vote;

4.   Record of voters receiving or casting ballots; and

5.   Majority vote, unless otherwise specified.

C.   State Council Representative elections shall be conducted in accordance with CTA rules after the chapter or Service Center Council has been notified to do so by the CTA Elections and Credentials Committee.

D.   NEA State Delegate elections shall be conducted in accordance with CTA/NEA rules.

E.   NEA Local Delegate elections shall be conducted in accordance with CTA/NEA rules.

## XIV.   COMMITTEES

A.   Committees, except as otherwise provided in these bylaws, may be established and discontinued by the Executive Board, subject to approval by the Representative Council.

B.   Each committee shall submit periodic reports to the Executive Board and Representative Council.

C.   The Executive Board shall direct the activities of all committees, subject to the policies established by the Representative Council.

## XV.   PARLIAMENTARY AUTHORITY

On all matters of procedure not otherwise covered by the provisions of these Bylaws, *Robert's Rules of Order,* latest revised edition, shall be followed at all meetings of the Association, the Representative Council, and the Executive Board.

## XVI.   AMENDMENTS

These Bylaws may be amended by a two-thirds (2/3) vote of the representatives at any regular or special meeting of the Representative Council. Notice in writing of a proposed Bylaws amendment shall have been submitted to the Secretary-Treasurer and provided to all members of the Association on or before the meeting preceding the one at which it is to be voted upon.

Exhibit D

## Notification of EGEA ByLaws Change

James Sutter at Foulks Ranch <█████████████>

Wed 8/21/2024 8:00 AM

To the EGEA Membership,

The EGEA Rep Council approved an Amendment to the EGEA bylaws at the August 20, 2024 meeting of Rep Council that deleted the old bylaws language describing the BIPOC At-Large Director position and replaced it with the following:

**Article IX, Section C.6:**

6. The Racial Equity At-Large Director position is open to all Active members. Active members who self-identify as a member of one or more of the following racial/ethnic minorities are encouraged to be candidates for the Racial Equity At-Large Director: African American (Black), Native American, Alaska Native, Native Hawai'ian, Pacific Islander, Latino (including Puerto Rican), Asian, Arab, and Middle Eastern. This Director position is intended to promote issues of racial equity and inclusion of the Association.

The reference to the "BIPOC At-Large Director" in Article IX.C.2 will also be replaced with a reference to the new "Racial Equity At-Large Director."

As a result of the revision, the BIPOC At-Large Director position no longer exists effective August 21, 2024. **EGEA will now hold an election to fill the new position of Racial Equity At-Large Director with a term of October 1 to June 2025.**

In addition, the EGEA Executive Board adopted a new Standing Rule. Here is the new Standing Rule and the Board's rationale for adopting it.

**Rationale:** One of the primary purposes of the EGEA is to provide representation and an inclusive environment for all of its members, regardless of race. In keeping with that purpose, the Executive Board is committed to ensuring that EGEA positions will be open to all active members, regardless of their racial or ethnic identity. While EGEA will continue to create an environment that is comfortable and accessible for members of all racial backgrounds, the Executive Board has adopted the following standing rule to further EGEA's purpose and mission:

**Standing Rule 5e**- The Executive Board will not propose or endorse the creation of any EGEA position that requires members to have a certain racial or ethnic background to be eligible, or that excludes any member from being eligible on the basis of race or ethnicity.

**The Elections Committee Co-Chairs will be sending out an election notification later today regarding the running of this new position.**

If you have any questions about the bylaws amendment, standing rule, or upcoming election, feel free to contact me,

James Sutter

EGEA President

8/21/24, 12:25 PM
Notification of EGEA ByLaws Change - Maggie Ellis at Carroll - Outlook
Case 2:24-cv-01487-WBS-SCR   Document 17-1   Filed 08/26/24   Page 25 of 33

## Election Notice: EGEA Exec Board Racial Equity At Large Director

Emily Lints at Sheldon HS  <█████████████████>
Wed 8/21/2024 12:00 PM

Elections Notification sent on behalf of the Elections Chairpersons:

To the EGEA Membership,

**As a result of the change in EGEA Bylaws (see email from James Sutter, President for details),  EGEA will now hold an election to fill the new position of Racial Equity At-Large Director with a term of October 1 to June 2025**.

Please see the attached elections documents:

**ELECTION TIMELINE**
**DECLARATION OF CANDIDACY/NOMINATION Form**
**BIOGRAPHICAL SKETCH FORM**

**The Election shall be held September 17 - 26, 2024.**  Only EGEA Members shall be eligible to vote.

If you have any election related questions, please contact Jennifer Fraser (████████████████████████) or Matt Petrinovich (███████████████████).

Any position related questions should be sent to James Sutter, EGEA President (██████████████████████).

Exhibit E

# EGEA Exec Board Election - Declaration of Candidacy/Nomination for Racial Equity At Large Director

The **Declaration of Candidacy** for Executive Board position of Racial Equity At Large is open from **August 20 to September 3**.  The term of this position from October 1 to June 30, 2025.

The Racial Equity At-Large Director position is open to all Active members. Active members who self-identify as a member of one or more of the following racial/ethnic minorities are encouraged to be candidates for the Racial Equity At-Large Director: African-American (Black), Native American, Alaska Native, Native Hawai'ian, Pacific Islander, Latino/Hispanic (including Puerto Rican), Asian, Arab, and Middle Eastern. This Director position is intended to promote issues of racial equity and inclusion for the Association.

**The election will take place on September 17- 26, 2024.**

The newly elected representative will take office as soon as the election is confirmed.  A member may nominate themselves or nominate any other member **with the member's approval**.  Previous experience is not required to run for office.  Training is available for all who are elected.

Duties of the Executive Board are to assist the Representative Council in coordinating Association activities by:

- Direct bargaining activities
- Oversee the grievance process
- Appoint committee members
- Serve on EGEA and District committees
- Meet twice a month: ½ day release provided
- Meet quarterly with District Leadership
- Attend site meetings as needed
- Communicate interests of and with constituents

- Attend EGUSD Board Meetings on a rotational basis

More information about specific job duties of the Executive Board can be found [HERE](#).

A stipend is provided to elected Officers and Executive Board members.

Email Emily Lints at Sheldon or ███████████████████ with questions.

**THIS FORM MUST BE SUBMITTED NO LATER THAN 4:30 P.M. on September 3, 2024**

███████████████████████

✉ Not shared

\* Indicates required question

I nominate myself or the following person for EGEA Executive Board Office and do \*
so with that individual's knowledge (individuals may nominate themselves):

Your answer

School Site/Department of Nominee: \*

Your answer

Which position are you nominating this person for? \*

◯ Racial Equity At-Large Representative (term from October 1 to June 2025)

Your Name: \*

Your answer

Your School Site/District Department: *

Your answer

---

I certify that I am a member in good standing of (check all that apply): *

☐ EGEA

☐ CTA/NEA

---

Date *

Date

mm/dd/yyyy

---

Signature: Typing your name will serve as your signature for this electronic form. *

Your answer

---

You may submit more than one nomination.  Please submit each nomination separately.

---

Submit                                                                              Clear form

Never submit passwords through Google Forms.

This form was created inside of Elk Grove Education Association. Report Abuse

Google Forms

Exhibit F

Elk Grove Education Association                                          Standing Rules (SR-5e)

## Standing Rule 5e: **Criteria for All EGEA Positions**

I.     The Executive Board will not propose or endorse the creation of any EGEA position that requires members to have a certain racial or ethnic background to be eligible, or that excludes any member from being eligible on the basis of race or ethnicity.