Thomas Myers (SBN 120674)
Email: myers@smithmyerslaw.com
SMITH & MYERS LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: 213.613.2380
Facsimile: 213.613.2395

Stephen B. Edwards (*pro hac vice*)
PA Attorney I.D. No. 326453
Email: sbedwards@fairnesscenter.org
Nathan J. McGrath (*pro hac vice*)
PA Attorney I.D. No. 308845
Email: njmcgrath@fairnesscenter.org
THE FAIRNESS CENTER
500 North Third Street Suite 600
Harrisburg, Pennsylvania 17101
Telephone: 844.293.1001
Facsimile: 717.307.3424

*Attorneys for Plaintiff Isaac Newman*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Isaac Newman,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Elk Grove Education Association,<br><br>　　　　Defendant. | **Case No. 2:24-cv-01487-WBS-SCR**<br><br>**REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**<br><br>Hearing Date: October 15, 2024<br>Hearing Time: 1:30 PM<br>Location:　　Courtroom 5, 14th Floor<br>Judge:　　　Hon. William Shubb |

**REQUEST FOR ENTRY OF JUDGMENT**
1

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, on August 26, 2024, Defendant Elk Grove Education Association made an Offer of Judgment to Plaintiff Isaac Newman pursuant to Federal Rule of Civil Procedure 68 (the "Offer"), a copy of which is attached hereto as "Exhibit A" and incorporated by reference herein;

WHEREAS, Plaintiff accepted Defendant's Offer on September 5, 2024, via letter transmitted by electronic and first-class mail, a copy of which is attached hereto as "Exhibit B" and incorporated by reference herein;

PLAINTIFF RESPECTFULLY REQUESTS, that this Court enter judgment in his favor and against Defendant in the amount of $12,000 (twelve thousand dollars), consistent with the terms and conditions contained in the Offer.

Respectfully submitted,

Date: 9/5/2024     By:     */s/ Stephen B. Edwards*
                          Stephen B. Edwards

                          *Attorney for Plaintiff Isaac Newman*