# Exhibit A

# Exhibit A

STACEY M. LEYTON – SBN 203827
MATTHEW J. MURRAY – SBN 271461
EMANUEL WADDELL – SBN 350156
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sleyton@altber.com
mmurray@altber.com
ewaddell@altber.com
Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Isaac Newman,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Elk Grove Education Association,<br><br>　　　　　　Defendant, | CASE NO. 2:24-cv-01487-WBS-SCR<br><br>**DEFENDANT ELK GROVE EDUCATION ASSOCIATION'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF ISAAC NEWMAN** |

　　　Without admitting fault, defendant Elk Grove Education Association hereby offers, pursuant to Fed. R. Civ. P. 68, to allow judgment to be entered against it and in favor of plaintiff Isaac Newman in the sum of $12,000 (twelve thousand dollars) plus costs accrued as of the date of this offer, such costs to include reasonable attorneys' fees accrued as of the date of this offer under 42 U.S.C. § 2000e-5(k), Cal. Gov't Code § 12965(c)(6), and Cal. Civ. Proc. Code § 1033.5(c)(5)(A).

　　　Pursuant to Fed. R. Civ. P. 68, this offer will be considered withdrawn if it is not accepted in writing within 14 days after being served.

Dated:  August 26, 2024

Respectfully submitted,

ALTSHULER BERZON LLP
Stacey M. Leyton
Matthew J. Murray
Emanuel Waddell

By: */s/ Emanuel Waddell*
*Attorneys for Defendant*