# Exhibit B



September 5, 2024

**VIA EMAIL AND FIRST-CLASS MAIL**

Stacey M. Leyton
Matthew J. Murray
Emanuel Waddell
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
sleyton@altber.com
mmurray@altber.com
ewaddell@altber.com

>  Re:   Newman v. Elk Grove Education Association, E.D. Cal. No. 2:24-cv-01487
>        Acceptance of Rule 68 Offer of Judgment

Counsel:

Plaintiff hereby accepts Defendant Elk Grove Education Association's Rule 68 Offer of Judgment dated August 26, 2024.

Sincerely,

Stephen B. Edwards
*Counsel for Plaintiff Isaac Newman*