## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                               **JUDGMENT IN A CIVIL CASE**

**ISAAC NEWMAN,**

                                          CASE NO: **2:24–CV–01487–WBS–SCR**

        v.

**ELK GROVE EDUCATION ASSOCIATION,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/5/2024**

                                                               **Keith Holland**
                                                                Clerk of Court

    ENTERED: **September 6, 2024**

                                                        by: /s/ L. Mena–Sanchez
                                                                    Deputy Clerk