Thomas Myers (SBN 120674)
Email: myers@smithmyerslaw.com
SMITH & MYERS LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: 213.613.2380
Facsimile: 213.613.2395

Stephen B. Edwards (*pro hac vice*)
PA Attorney I.D. No. 326453
Email: sbedwards@fairnesscenter.org
Nathan J. McGrath (*pro hac vice*)
PA Attorney I.D. No. 308845
Email: njmcgrath@fairnesscenter.org
THE FAIRNESS CENTER
500 North Third Street, Suite 600
Harrisburg, Pennsylvania 17101
Telephone: 844.293.1001
Facsimile: 717.307.3424

*Attorneys for Plaintiff Isaac Newman*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC NEWMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELK GROVE EDUCATION ASSOCIATION,<br><br>　　　　Defendant. | No. 2:24-cv-01487-WBS-SCR<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF ATTORNEY STEPHEN B. EDWARDS** |

1
NOTICE OF WITHDRAWAL OF APPEARANCE

1       PLEASE TAKE NOTICE that Stephen B. Edwards (*pro hac vice*) hereby withdraws as attorney of record for Plaintiff Isaac Newman. Nathan J. McGrath (*pro hac vice*) of the Fairness Center and Thomas Myers (SBN 120674) of Smith & Myers LLP have already entered their appearances in this matter and will continue to represent Plaintiff.

                                            Respectfully submitted,

Date: September 13, 2024            By: /s/ Stephen B. Edwards
                                                Stephen B. Edwards (*pro hac vice*)
                                                *Attorney for Plaintiff*